UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-00028-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JARROD LAMAR SMITH, | ) | |
| Defendant | ) | |

This matter is before the Court on the Motion of the Defendant to continue the Arraignment in the above captioned matter presently scheduled for the May 6, 2011 term of Court in Raleigh, North Carolina. This case is hereby CONTINUED until _July Term 2011_.

This Court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, the period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

This __4__ day of __May__, 2011.

_____
Judge Presiding